IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD L. KOEHLER,

       Plaintiff,                         No. CIV S-07-0175 FCD GGH P

    vs.

UNKNOWN,

       Defendant.                 <u>ORDER</u>

                              /

        On March 5, 2007, the court granted plaintiff thirty days to file an in forma pauperis affidavit and a complaint. On April 6, 2007, plaintiff filed a request for extension of time. Plaintiff states that he cannot effectively communicate with the court unless he is provided with a laptop computer or personal word processor. The court is not authorized to provide plaintiff with these devices.

        Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order to file an in forma pauperis affidavit and a complaint; failure to comply with this order will result in a recommendation of dismissal of this action.

DATED: 5/1/07

                                                          /s/ Gregory G. Hollows

                                                          GREGORY G. HOLLOWS
                                                          UNITED STATES MAGISTRATE JUDGE

GGH:mp
koeh0175.36