IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD L. KOEHLER,

     Plaintiff,                          No. CIV S-07-0175 FCD GGH P

    vs.

UNKNOWN,

     Defendant.                     <u>ORDER</u>

_____/

        Plaintiff has filed his second request for an extension of time to file an amended complaint pursuant to the court's order of June 25, 2007.  Plaintiff requests a ninety day extension of time due to his medical problems.  Plaintiff is granted a forty-five day extension of time.  Further requests for extension of time will not be granted but for a showing of substantial cause.

        If plaintiff is unable to litigate this action due to his medical problems, he may consider voluntarily dismissing this action without prejudice.  Fed. R. Civ. P. 41.  If the court determines that plaintiff cannot litigate this action, it will recommend that this action be dismissed.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 14, 2007 request for an extension of time is granted; and

2. Plaintiff is granted forty-five days from the date of this order in which to file amended complaint. No further extensions of time will be granted but for a showing of substantial cause.

DATED: 9/28/07                    /s/ Gregory G. Hollows

GGH:cm
koeh0175.36sec

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE